UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-cv-80262-KAM/WDM

ELECTRONIC COMMUNICATION
TECHNOLOGIES, LLC,

     Plaintiff,

v.

BTO SPORTS, INC,

     Defendant.

_____/

**ASSOULINE & BERLOWE, P.A.'S MOTION TO WITHDRAW AS COUNSEL
FOR PLAINTIFF ELECTRONIC COMMUNICATION TECHNOLOGIES, LLC**

Pursuant to S.D. Fla. L.R. 7.1(a)(1)(F), 11.1(d)(3) and Fla. Rul. Prof. Cond. 4-1.16 Eric N. Assouline, Peter A. Koziol, and Greg M. Popowitz, and all attorneys from Assouline & Berlowe, P.A. ("*A&B*"), counsel to Plaintiff Electronic Communication Technologies, LLC, hereby seek leave of Court to withdraw as counsel for Electronic Communications Technologies, LLC in this case and state:

     1.    A&B seeks to withdraw from the above case due to irreconcilable differences that have arisen between A&B and Electronic Communications Technologies, LLC.

     2.    A&B therefore seeks leave of Court to withdraw from the representation of Electronic Communications Technologies, LLC in this case.

     3.    Plaintiff Electronic Communications Technologies, LLC's mailing address is:

Electronic Communication Technologies, LLC
2563 CHERRY HILL LN
HERMITAGE, PA 16148

4. Electronic Communication Technologies, LLC requests twenty (20) days to obtain new counsel. There are no pending deadlines in this case. Discovery and all scheduling are stayed by agreement of the parties and Order of the Court. This relief is not for delay.

5. Pursuant to, S.D. Fla. L.R. 7.1(a)(F) a proposed order granting the relief sought herein is attached as **Exhibit A**.

WHEREFORE, A&B respectfully requests that the Court grant this Motion to Withdraw, and such other relief as this Court finds just, fair, and equitable.

**CERTIFICATION OF COUNSEL PURSUANT TO S.D. FLA. L.R. 7.1(a)(3) and 11.1(d)(3)**

Pursuant to S.D. Fla. L.R. 7.1(a)(3) and 11.1(d)(3), Counsel for Plaintiff Electronic Communication Technologies, LLC has conferred with Electronic Communication Technologies, LLC to resolve the issues raised in the Motion, and Electronic Communication Technologies, LLC agrees to the relief sought herein.

Dated: October 30, 2017

                              **ASSOULINE & BERLOWE, P.A.**
                              1801 N. Military Trail, Suite 160
                              Boca Raton, FL 33431
                              Telephone: (561) 361-6566
                              Facsimile: (561) 361-6466

By:   s/Peter A. Koziol
       Peter A. Koziol, Esq. (FBN 030446)
       pak@assoulineberlowe.com
       Eric N. Assouline (FBN 106143)
       ena@assoulineberlowe.com
       Greg M. Popowitz (FBN: 70313)
       gmp@assoulineberlowe.com
       Secondary: ah@assoulineberlowe.com

*Attorneys for Plaintiff,*
*Electronic Communication Technologies, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the methods indicated below this day October 30, 2017 on all counsel or parties of record on the service list indicated below:

By:     s/Peter A. Koziol
Peter A. Koziol, Esq.

## SERVICE LIST
*Electronic Communication Technologies, LLC v. BTO Sports, Inc.*
**CASE NO.: 17-cv-80262-KAM/WDM**
**United States District Court, Southern District of Florida**

**CM/ECF**
Eleanor T. Barnett, Esq.
ebarnett@hellerwaldman.com
liteservice@hellerwaldman.com
Heller Waldman, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Telephone: 305.448.4144
Facsimile: 305.448.4155

Neil J. McNabnay, Esq.
njm@fr.com
Ricardo J. Bonilla, Esq.
rjb@fr.com
Theresa M. Dawson, Esq.
tdawson@fr.com
Fish & Richardson, P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: 214.747.5070
Facsimile: 214.747.2091

*Attorneys for Defendant,*
*BTO Sports, Inc.*


**VIA MAIL/EMAIL**

Electronic Communication Technologies, LLC
2563 CHERRY HILL LN
HERMITAGE, PA 16148
ATTN: Peter Sirianni, III
siriannip07@me.com